*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 21-BG-362**

IN RE JON E. SHIELDS

A Member of the Bar of the
District of Columbia Court of Appeals

**2020 DDN 217**

**Bar Registration No. 431003**

BEFORE: Thompson and McLeese, Associate Judges, and Nebeker, Senior Judge.

### O R D E R
(FILED— August 12, 2021)

On consideration of the certified order from the state of Virginia revoking respondent's license to practice law in that jurisdiction by consent; this court's June 10, 2021, order suspending respondent pending resolution of this matter and directing him to show cause why the equivalent reciprocal discipline of disbarment should not be imposed; and the statement of Disciplinary Counsel; and it appearing respondent has not filed a response to the court's order or his D.C. Bar R. XI, §14(g) affidavit, it is

ORDERED that Jon E. Shields is hereby disbarred from the practice of law in the District of Columbia. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement respondent's disbarment will not begin to run until such time as he files his D.C. Bar R. XI, § 14(g) affidavit.

**PER CURIAM**